*Philips Corp.,* 363 F.3d 1263, 1272 (Fed. Cir.2004)).

Precedent is in accord with the district court's analysis. The dismissal under Rule 12(b)(6) is affirmed.

We discern no constitutional violation in the district court's denial of the requested preliminary relief, or in the court's suggestion to Mr. Desenberg that he retain an attorney to represent him. Mr. Desenberg states that he has been advised and assisted by an attorney, but that full representation is not within his means. Although we are well aware of the cost of patent litigation, review shows that Mr. Desenberg was not treated unsympathetically, and that his position was fully and fairly reviewed.

**AFFIRMED.**

Jack B. Blumenfeld, Morris, Nichols, Arsht & Tunnell, Wilmington, DE, for Plaintiff–Appellant.

George A. Riley, O'Melveny & Myers LLP, San Francisco, CA, for Defendant–Cross Appellant.

### ON MOTION

### ORDER

Genetics Institute, LLC (Genetics) moves for clarification of the court's order granting its motion for an extension of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for clarification is granted. The briefing schedule is stayed pursuant to Fed. Cir. R. 31(c).

**GENETICS INSTITUTE, LLC, Plaintiff–Appellant,**

v.

**NOVARTIS VACCINES AND DIAGNOSTICS, INC., Defendant–Cross Appellant.**

Nos. 2010–1264, 2010–1301.

United States Court of Appeals, Federal Circuit.

Aug. 31, 2010.

**TOTOLO/KING JOINT VENTURE, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2010–5037.

United States Court of Appeals, Federal Circuit.

Sept. 9, 2010.

Before LOURIE, Circuit Judge.